UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TREVOR DUGUAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESEYE LLC,<br><br>　　　　　　Defendant. | Case No.  21-cv-05790-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　Being informed that the parties have reached a settlement, the Court orders as follows:

　　　On or before **March 18, 2022**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

　　　If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **March 29, 2022 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 22, 2022** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

　　　If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

　　　**IT IS SO ORDERED.**

Dated: January 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge